565 S.E.2d 760

**In the Matter of Harry Ennis BODIFORD, Respondent.**

Supreme Court of South Carolina.

Jan. 14, 2002.

## ORDER

By order dated April 17, 1997, petitioner was transferred to incapacity inactive status. *In the Matter of Bodiford*, 326 S.C. 88, 484 S.E.2d 473 (1997). Petitioner has filed a petition in which he seeks to return to active status. The petition is granted.

IT IS SO ORDERED.

/s/ Jean H. Toal, C.J.

/s/ James E. Moore, J.

/s/ John H. Waller, Jr., J.

/s/ E.C. Burnett, III, J.

/s/ Costa M. Pleicones, J.